No. 144. KURZEN *v.* MARZALL, COMMISSIONER OF PATENTS. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Hayden C. Covington* for petitioner. *Solicitor General Perlman,*

*Assistant Attorney General Baldridge* and *Samuel D. Slade* for respondent.